THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. L. T. FIELDS, JR., Appellant.— Order of the Supreme Court, Queens County, dated September 9, 1969, affirmed. We find no merit to the claim that defendant was improperly committed to prison. Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALVIN EDISON FRETT, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered February 28, 1969, convicting him of robbery in the first degree and other crimes, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. The findings of fact below are affirmed. In our opinion, under the particular circumstances of this case, defendant was deprived of his right to counsel when the trial court denied his request for an opportunity to obtain different retained counsel (*People* v. *Walker,* 29 A D 2d 973). Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM JIGGETTS, Appellant.— Order of the Supreme Court, Kings County, dated May 17, 1967, affirmed. No opinion. Appeal from order of the Supreme Court, Kings County, dated July 11, 1967, dismissed. An order denying a motion for reargument is not appealable. Order of the Supreme Court, Kings County, dated October 24, 1967, affirmed. Contrary to the People's argument, an order denying a motion for resentence pursuant to section 1943 of the former Penal Law is appealable (*People* v. *Machado,* 17 N Y 2d 440; *People* v. *Jones,* 25 A D 2d 675). Accordingly, we have determined this appeal on the merits. Christ, P. J., Rabin, Hopkins and Munder, JJ., concur. (Beldock, P. J., deceased.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD LI PUMA, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered March 7, 1969, convicting him of criminal possession of a dangerous drug in the fourth degree (a class A misdemeanor), upon a guilty plea, and sentencing him to six months in the County Jail. Judgment modified, on the facts and in the exercise of discretion, by suspending the execution of the sentence. Under the facts and circumstances adduced at bar, it is our opinion that the functions of a sentence would be more meaningfully fulfilled by the disposition made herein. Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE CHARLES PAVIA, Appellant.— Order of the Supreme Court, Queens County, dated March 1, 1967 and made on reargument, affirmed insofar as it adhered to the original decision denying a *coram nobis* application. No opinion. Appeal from order of the same court dated January 19, 1967 dismissed as academic. That order was superseded by the order dated March 1, 1967, which granted reargument and adhered to the original decision. Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.